**Sandra KRAZAN & Frank J. Topolski, Jr., Administrators of the Estates of Caroline & Frank Topolski, Petitioners**

v.

**KEYSTONE PROPANE SERVICES, INC. and Kenneth Pringle, Respondents**

No. 205 MAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**